UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 1:22-cr-102(1)

vs.

STEVEN B. WALDON,               District Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) FINDING DEFENDANT IN VIOLATION OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING ANY TIME REMAINING ON DEFENDANT'S CURRENT SUPERVISED RELEASE; AND (3) SENTENCING DEFENDANT TO AN EIGHTEEN-MONTH TERM OF IMPRISONMENT TO RUN CONCURRENTLY WITH THE TERM OF IMPRISONMENT IN 3:24-cr-64 WITH NO SUPERVISED RELEASE TO FOLLOW**

---

This criminal case is before the Court following Defendant's final revocation hearing on June 8, 2026.  During the hearing, AUSA Kelly Rossi appeared on behalf of the Government; AFPD Thomas Anderson appeared on behalf of Defendant.  Upon review of the charges, Defendant, through his counsel, admitted to a violation of the conditions of his supervised release. As a result, the Court found Defendant guilty of that violation.  Pursuant to the record of the hearing, the Court **REVOKES** Defendant's current supervised release and **SENTENCES** him to an eighteen-month term of imprisonment to run concurrently with the term of imprisonment in 3:24-cr-64 with no supervised release to follow.

      **IT IS SO ORDERED.**

July 23, 2026                           s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge

cc:     United States Marshal
        Dayton, Ohio

        United States Probation Office
        Dayton, Ohio